**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER GOMEZ-ENAMORADO, <br><br> Petitioner, <br><br> v. <br><br> ANDY CRUZ, <br> *Warden FCI Fort Dix NJ*, <br><br> Respondent. | Civil Action No. 23-20648 (GC) <br><br> **MEMORANDUM & ORDER** |

**CASTNER, District Judge**

On or about September 1, 2023,[1] *pro se* Petitioner Alexander Gomez-Enamorado filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (ECF No. 1 ("Petition")). At the time he filed his Petition, Petitioner was incarcerated at FCI Fort Dix, Joint Base MDL, New Jersey.

A search of the Federal Bureau of Prisons ("BOP") inmate locator website indicates that Petitioner is no longer in BOP custody as of April 23, 2025.[2] Petitioner has not contacted the Court to provide an updated address.

Local Civil Rule 10.1(a) provides, in relevant part:

> [U]nrepresented parties must advise the Court of any change in their . . . address within seven days of being apprised of such change by filing a notice of said change with the Clerk. Failure to file a notice of change may result in the imposition of sanctions by the Court.

---

[1] *See Burns v. Morton*, 134 F.3d 109, 113 (3d Cir. 1998) (holding that a *pro se* prisoner's habeas petition is deemed filed at the moment he delivers it to prison officials for mailing to the district court).

[2] *See Find an Inmate*, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (last visited June 3, 2025) (BOP Register Number 71500-007).

Dismissing a complaint without prejudice is an appropriate remedy for noncompliance with this rule. *See Archie v. Dep't of Corr.*, No. 12-2466, 2015 WL 333299, at *1 (D.N.J. Jan. 23, 2015). Failure to provide an updated address within 30 days of the date of this Order may result in dismissal of this matter for lack of prosecution.

IT IS, therefore, on this day 3rd of June, 2025, **ORDERED** as follows:

**ORDERED** that the Clerk of the Court shall administratively terminate this matter for failure to comply with Local Civil Rule 10.1(a), without prejudice; and it is further

**ORDERED** that, if Petitioner wishes to reopen this case, he shall so notify the Court, in a writing addressed to the Clerk of the Court, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, within 30 days of the date of entry of this Order; Petitioner's writing shall show good cause why he did not timely apprise the Court of his new address; and it is further

**ORDERED** that failure to comply with this Order may result in the matter being dismissed for lack of prosecution; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. Mail at his last known address.

Hon. Georgette Castner, U.S.D.J.